DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br>    DEAN PATRIC JAYO<br>    1548 MILTON ROAD<br>    NAPA, CA 94559<br><br>    ###-##-5383<br>                    Debtor(s). | Case No.: 09-1-4227 AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:      01/19/2010
Time:      1:00 PM
Place:     Office of the United States Trustee
           777 Sonoma Ave., First Floor, #116
           Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:      2/8/2010
Time:      1:30 PM
Place:     United States Bankruptcy Court
           99 South E Street
           Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Schedule A reflects the value of Debtor's real property located at 1548 Milton Road, Napa, California as $405,000.00.  Trustee requests an explanation of how Debtor arrived at this value.

2. Trustee requests copies of Debtor's payment advices for the last six months, if any, prior to filing the bankruptcy, or in the alternative, provide a declaration that details why the Debtor's cannot provide the six months of payment advices.

3. Trustee requests a ***signed*** copy of the Debtor's 2008 Federal Income Tax return.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: December 22, 2009                          DAVID BURCHARD
                                                  DAVID BURCHARD, Chapter 13 Trustee

## Certificate of Mailing

I, RYAN C. WOOD, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DEAN PATRIC JAYO                                  BECK LAW, P.C.
1548 MILTON ROAD                                  2681 CLEVELAND AVENUE
NAPA, CA 94559                                    SANTA ROSA, CA 95403

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104

Dated:  December 22, 2009                          RYAN C. WOOD
                                                   RYAN C. WOOD