Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re   DEAN PATRIC JAYO             Case No.   09-14227

　　　　Debtor(s)
_____/             Chapter   13

The Debtor{s} respectfully requests the Court modify debtor{s}Chapter 13 Plan as follows:

___1.   The monthly Plan payments of $_____shall be:
　　　　_____ Suspended for the months of_____;
　　　　_____ Increased to $_____;
　　　　_____ Decreased to $_____;
　　　　__X__ Other:____3 payments of $350, followed by 57 payments of $372_____;

___2.   The secured claims shall be modified as follows:
　　　　____X____ The secured claims of the following creditors shall be <u>added</u> as follows:

　　　　CREDITOR'S        COLLATERAL       PMT/MONTH        INT RATE
　　　　　NAME              VALUE           (if fixed)      (if applicable)
　　　HSBC Bank Neveda. N.A. (BEST BUY CO. INC.)

　　　　_____ The treatment of certain secured creditor(s) shall be modified as follows:

　　　　CREDITOR'S        COLLATERAL       PMT/MONTH        INT RATE        STATUS
　　　　　NAME              VALUE           (if fixed)      (if applicable)  (e.g., unsec)

___3.   Change the estimated percentage paid to UNSECURED creditor(s) from _____% to
　　　　_____% on the confirmed Base Plan.

Application to Modify Chapter 13 Plan– Page 1

___4.   Base Plan Changes:
        _____ Plan Base amount increased/decreased to $_____.
        _____ Plan term increased/decreased to _____ months.

___5.   Other modifications:

___6.   Reason(s) for the requested modification(s):

___7.   The Chapter 13 Plan, as modified, would be completed within (60) months from commencement of the case. The debtor(s) respectfully requests the court enter an order granting the requested         modifications as set forth below.


Dated: May 4, 2010                          /s/ Dean Patric Jayo
                                            Dean Patric Jayo, Debtor


Dated: May 4, 2010                          /s/ Evan Livingstone
                                            Evan Livingstone, Attorney for Debtor